EVANS v. SILBERMAN et al. (eight cases). (Supreme Court, Appellate Division, First Department. May 15, 1896.) Action by William L. Evans against Paulina Silberman and others, and seven other actions. No opinion. Motion dismissed, without prejudice to renewal after the appeal from the order striking out the affidavit has been heard and decided.

FAVRO, Respondent, v. TROY & W. T. BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1896.) Action by Elizabeth T. Favro against the Troy & West Troy Bridge Company. No opinion. Motion to modify the order entered denied, without costs. See 38 N. Y. Supp. 433.

FERGUSON, Respondent, v. COMMON-WEALTH RUBBER CO., Appellant. (Supreme Court, Appellate Division, First Department. April 10, 1896.) Action by Harry Ferguson against the Commonwealth Rubber Company. H. Aaron, for appellant. P. M. Brett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FERRIS v. HAYNES. (Supreme Court, Appellate Division, First Department. June 19, 1896.) Action by Joseph A. Ferris against Tilly Haynes. No opinion. Motion denied upon payment of $10 costs.

FIDELITY PRINTING CO. v. LOWEY. (Supreme Court, Appellate Division, First Department. May 15, 1896.) Action by the Fidelity Printing Company against William Lowey. No opinion. Motion granted, with $10 costs. See 38 N. Y. Supp. 711.

FIFER, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1896.) Action by Margaret Fifer, as administratrix, etc., against the Prudential Insurance Company of America. No opinion. Motion for leave to appeal to the court of appeals denied, without costs. See 38 N. Y. Supp. 1143.

FINEGAN v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 5, 1896.) Action by Austin Finegan against the mayor, etc., of the city of New York. No opinion. Motion denied. See 38 N. Y. Supp. 358.

FISK v. FISK. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Action by Stephen R. Fisk against Mary F. Fisk. No opinion. Motion denied. See 39 N. Y. Supp. 537.

FITCH, Respondent, v. OLENA, Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1896.) Action by Wilmer H. Fitch against Napoleon Olena. No opinion. Judgment affirmed, with costs. All concur.

FLYNN Respondent, v. BROOKLYN HEIGHTS R CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 25, 1896.) Action by Joseph Flynn against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. All concur, except PRATT, J., not sitting.

FRANCISCO, Respondent, v. TROY & L. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1896.) Action by William Francisco against the Troy & Lansingburgh Railroad Company. No opinion. Judgment and order affirmed, with costs. The court is not unanimous on questions of fact involved in the case. All concur.

In re FRED HOWER BREWING CO., Limited. (Supreme Court, Appellate Division, Second Department. June 23, 1896.) In the matter of the application of the board of directors of the Fred Hower Brewing Company, Limited, for a voluntary dissolution. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except PRATT, J., not sitting.

FREEL, Appellant, v. QUEENS COUNTY, Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1896.) Action by Edward Freel against the county of Queens. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

FRICHETTE, Appellant, v. ALICE FALLS CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 21, 1896.) Action by Henry Frichette against the Alice Falls Company. No opinion. Judgment affirmed, with costs. All concur.

GARBACZEWSKI v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Action by Adolph Garbaczewski against the Third Avenue Railroad Company. No opinion. Motion denied. See 39 N. Y. Supp. 33.

In re GOODLETT. (Supreme Court, Appellate Division, Second Department. June 23, 1896.) Application of Nicholas M. Goodlett, Jr., for admission to practice. No opinion. Petition granted, and applicant may take the oath.

In re GOWDEY. (Supreme Court, Appellate Division, Second Department. June 2, 1896.) In the matter of William H. Gowdey, an attorney. No opinion. Order of the general term, which suspended the respondent, is modified so that he is restored to practice from this date. See 36 N. Y. Supp. 1125.

GRANT, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 25, 1896.) Action by Edward Grant against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless the respondent stipulates within 20 days to reduce the verdict to $1,000, and the extra allowance proportionately, in which case the judgment so reduced is unanimously affirmed,